# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME JONES,<br><br>PLAINTIFF(S),<br>v.<br>OFFICER MERIN #38755, et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 17-0231 PA (FFM)<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PAY:**<br>☑ **FULL FILING FEE**<br>☐ **INITIAL PARTIAL FILING FEE** |

On __February 10, 2017__, plaintiff was ordered to pay the full filing fee in the amount of $ 350, within thirty (30) days of the Order.

The plaintiff has not complied and is hereby ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure to timely pay the full filing fee.

Plaintiff may file a response to this Order to Show Cause no later than twenty-one (21) days from the date of this Order. Failure to file a response within the time specified may be deemed consent to the dismissal without prejudice of this action. If the full filing fee is received within the twenty-one (21) day period, no further response to this Order to Show Cause is necessary.

| | |
|---|---|
| March 17, 2017<br>Date | /s/ Frederick F. Mumm<br>United States Magistrate Judge |